# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **KOREE M. LUMPKIN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 3:21-CV-440-CHB |
| | ) |
| **MODERN CARE, LLC,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

### COMPLAINT AND DEMAND FOR JURY TRIAL

### I. NATURE OF THE CASE

1. Plaintiff, Koree Lumpkin ("Lumpkin" or "Plaintiff"), by counsel, brings this action against Defendant, Modern Care, LLC ("Defendant"), for violating Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000 *et. seq.* and the Kentucky Civil Rights Act (KCRA).

### II. PARTIES

2. Lumpkin is a resident of Jefferson County in the Commonwealth of Kentucky, who at all times relevant to this action resided within the geographical boundaries of the Western District of Kentucky.

3. Defendant is a domestic limited liability company that systematically conducts business within the geographical boundaries of the Western District of Kentucky.

### III. JURISDICTION AND VENUE

4. Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. §1331; 28 U.S.C. §1343; 28 U.S.C. §1367; and 42 U.S.C. §2000e-5(f)(3).

5. Jurisdiction is conferred on Lumpkin's state law claims pursuant to 28 U.S.C. §1367 because his state law claims arise from the same common nucleus of operative facts as his

federal law claims and all his claims form a single case and controversy under Article III of the United States Constitution.

6. Defendant is an "employer" as that term is defined by 42 U.S.C. §2000e(b) and KRS 344.030(2).

7. Lumpkin is an "employee" as that term is defined by 42 U.S.C. §2000e(f) and KRS 344.030(5).

8. Lumpkin satisfied his obligation to exhaust his administrative remedies having timely filed a Charge of Discrimination with the U.S. Equal Employment Opportunity Commission ("EEOC") against Defendant alleging discrimination based on his race. Lumpkin received the required Notice of Suit Rights and timely files this action.

9. A substantial part of the events, transactions, and occurrences relevant to this lawsuit occurred in Jefferson County, Kentucky, and within the geographical environs of the Western District of Kentucky; thus, venue is proper in this Court.

### IV. FACTUAL ALLEGATIONS

10. Lumpkin was hired by Defendant on or about January 14, 2020, as a Residential Caretaker. Lumpkin had previously worked for Exceeding Expectations, which cared for the same patients that Defendant acquired in January 2020.

11. At all times, Lumpkin met or exceeded Defendant's legitimate performance expectations.

12. After Defendant acquired Exceeding Expectations, it systematically began terminating any employee of color. By April 2020, Lumpkin was the only individual of color working for the Defendant.

13. On or about April 22, 2020, Defendant contacted Lumpkin and told him that they

had been directed to suspend him due to an Adult Protection Services (APS) complaint that had been filed against him by one of the clients that Lumpkin supported. The following day, Defendant terminated Lumpkin's employment on this same basis.

14. The reasons given by Defendant are pretext for race discrimination. Contrary to Defendant's allegations, there was never an APS complaint filed against Lumpkin. Moreover, he never neglected or did anything to harm a resident.

15. Lumpkin was replaced by a white employee.

16. During his employment, there were several comments made by Defendant's management that implied that they did not like or trust people of color. For example, Terra L. told Lumpkin that if her wifi device came up missing that she would be looking at him as having stolen it, implying that people of color are thieves. On another occasion, Stacey, one of Defendant's supervisors, referred to Tiffany Hawthorne, Exceeding Expectations' owner and a person of color, as a "Nigger Bitch".

17. Unlike his white counterparts, Lumpkin was required to work more than 100 hours per week without getting paid overtime pay and also denied his 3 month bonus.

## V. CAUSES OF ACTION

18. Lumpkin hereby incorporates by reference paragraphs one (1) through seventeen (17) as if the same were set forth at length herein.

19. Defendant discriminated against Lumpkin based on his race.

20. Defendant's actions were intentional, willful, and in reckless disregard of Lumpkin's rights as protected by the KCRA and Title VII of the Civil Rights Act of 1964.

21. Lumpkin has suffered damages and continues to suffer damages because of Defendant's unlawful actions.

## VI. REQUESTED RELIEF

WHEREFORE, Plaintiff, Koree Lumpkin, respectfully requests that this Court enter judgment in his favor and award him the following relief:

1. Permanently enjoin Defendant from engaging in any employment policy or practice that discriminates against any employee on the basis of his/her race;

2. All wages, benefits, compensation, and other monetary loss suffered as a result of Defendant's unlawful actions;

3. Compensation for any and all other damages suffered as a consequence of Defendant's unlawful actions;

4. Compensatory damages for Defendant's violations of Title VII of the Civil Rights Act of 1964 and the KCRA;

5. Punitive damages under Title VII of the Civil Rights Act of 1964;

6. Costs and attorney's fees incurred as a result of bringing this action;

7. Pre- and post-judgement interest on all sums recoverable; and

8. All other legal and/or equitable relief this Court sees fit to grant.

Respectfully submitted,

s/Andrew Dutkanych III
Andrew Dutkanych III, Atty No. 91190
BIESECKER DUTKANYCH & MACER, LLC
144 North Delaware Street
Indianapolis, Indiana 46204
Telephone: (317) 991-4765
Facsimile: (812) 424-1005
Email: ad@bdlegal.com
*Counsel for Plaintiff, Koree Lumpkin*

## DEMAND FOR JURY TRIAL

Plaintiff, Koree Lumpkin, by counsel, requests a trial by jury on all issues deemed so triable.

    Respectfully submitted,

    s/Andrew Dutkanych III
    Andrew Dutkanych III, Atty No. 91190
    BIESECKER DUTKANYCH & MACER, LLC
    144 North Delaware Street
    Indianapolis, Indiana 46204
    Telephone: (317) 991-4765
    Facsimile: (812) 424-1005
    Email: ad@bdlegal.com
    *Counsel for Plaintiff, Koree Lumpkin*